UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

ELSEVIER INC.,                    :

           Plaintiff,       :

    -against-                    :

ENCYCLOPAEDIA BRITANNICA, INC.,   :

           Defendant.       :

- - - - - - - - - - - - - - - - - x

JUDGE DANIELS
08 CIV 5482
RECEIVED JUN 17 2008
U.S.D.C. S.D.N.Y.
CASHIERS

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Elsevier Inc. (a private, non-governmental party) certifies that no publicly-held corporation owns more than 10% of the stock of the said party, except Reed Elsevier NV and Reed Elsevier PLC.

DATE: June 17, 2008

_____
SIGNATURE OF ATTORNEY