Shelly Elimelekh (SE-0597)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-0037
212-407-4000

Attorneys for Defendant
Encyclopaedia Britannica, Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ELSEVIER INC.,                                            :

        Plaintiff,                                    :    08 Civ. 5482 (GBD)

        -against-                                    :    **NOTICE OF APPEARANCE**

ENCYCLOPAEDIA BRITANNICA, INC.,           :

        Defendant.                                   :

-----------------------------------------------------------X

        PLEASE TAKE NOTICE that Loeb & Loeb LLP hereby appears for and on behalf of defendant Encyclopaedia Britannica, Inc. in the above-captioned action, and demands that service of all papers and notice herein be served upon:

        Shelly Elimelekh, Esq.
        Loeb & Loeb LLP
        345 Park Avenue
        New York, New York 10154

NY727634.1
211625-10002

Dated: New York, New York
       June 27, 2008

                                              LOEB & LOEB LLP

                                              By: _____
                                                  Shelly Elimelekh (SE-0597)
                                                  345 Park Avenue
                                                  New York, New York 10154-0037
                                                  (212) 407-4000

                                              Attorneys for Defendant
                                              Encyclopaedia Britannica, Inc.

NY727634.1
211625-10002