Shelly Elimelekh (SE-0597)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-0037
212-407-4000

Attorneys for Defendant
Encyclopaedia Britannica, Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ELSEVIER INC.,                                           :

             Plaintiff,                            :       08 Civ. 5482 (GBD)

          -against-                                  :       **RULE 7.1 STATEMENT**

ENCYCLOPAEDIA BRITANNICA, INC.,     :

             Defendant.                            :
-----------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the judges and magistrate judges of the Southern District of New York to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendant, Encyclopaedia Britannica, Inc., states that said Defendant has the following parents, subsidiaries or affiliates that own 10% or more of their stock: None.

NY727638.1
211625-10002

Dated: New York, New York
June 27, 2008

LOEB & LOEB LLP

By: _____
Shelly Elimelekh (SE-0597)
345 Park Avenue
New York, New York 10154-0037
(212) 407-4000

Attorneys for Defendant
Encyclopaedia Britannica, Inc.

NY727638.1
211625-10002