USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 3 0 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
ELSEVIER INC.,              :

        Plaintiff,    :       Case No. 08 Civ. 5482 (GBD)

      -against-          :       **STIPULATION**

ENCYCLOPAEDIA BRITANNICA, INC.,  :

        Defendant.    :
-------------------------------------------------------- X

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the time for defendant Encyclopaedia Britannica Inc. to answer, move or otherwise respond to the complaint is extended through and including July 28, 2008.

Dated: New York, New York
       June 26, 2008

DUNNEGAN LLC

By: _William Dunnegan_
William Dunnegan (WD-9316)
Megan L. Martin (MM-4396)
350 Fifth Avenue
New York, New York 10118
(212) 332-8300

Attorneys for Plaintiff
Elsevier Inc.

LOEB & LOEB LLP

By: _Shelly Elimelekh_
Shelly Elimelekh (SE-0597)
345 Park Avenue
New York, NY 10154
(212) 407-4000

Attorneys for Defendant
Encyclopaedia Britannica, Inc.

SO ORDERED:   JUN 3 0 2008

_George B. Daniels_
U.S.D.J.
**HON. GEORGE B. DANIELS**