UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELSEVIER INC.,

         Plaintiff,

    -against-

ENCYCLOPAEDIA BRITANNICA, INC.,

         Defendant.
------------------------------------------------------------X

Case No. 08 Civ. 5482 (GBD)

**STIPULATION**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 29 2008
```

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the time for defendant Encyclopaedia Britannica Inc. to answer, move or otherwise respond to the complaint is extended through and including August 4, 2008.

Dated: New York, New York
       July 25, 2008

DUNNEGAN LLC

By: _William Dunnegan_
William Dunnegan (WD-9316)
Megan L. Martin (MM-4396)
350 Fifth Avenue
New York, New York 10118
(212) 332-8300

Attorneys for Plaintiff
Elsevier Inc.

LOEB & LOEB LLP

By: _Shelly Elimelekh_
Shelly Elimelekh (SE-0597)
345 Park Avenue
New York, NY 10154
(212) 407-4000

Attorneys for Defendant
Encyclopaedia Britannica, Inc.

SO ORDERED:   JUL 29 2008

_George B. Daniels_
U.S.D.J.
**HON. GEORGE B. DANIELS**

NY731953.1
211625-10003