```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

ELSEVIER INC.,                     :

              Plaintiff,           :

      -against-                    :        08 Civ. 5482 (GBD)

ENCYCLOPAEDIA BRITANNICA, INC.,    :

              Defendant.           :

- - - - - - - - - - - - - - - - - x
```

DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, plaintiff Elsevier Inc. hereby demands a trial by jury of all issue that are so triable.

Dated:  New York, New York
        August 7, 2008

                                         DUNNEGAN LLC

                                         By _____
                                           William Dunnegan (WD9316)
                                           Laura Scileppi (LS0114)
                                          Attorneys for Plaintiff
                                             Elsevier Inc.
                                         350 Fifth Avenue
                                       New York, New York 10118
                                       (212) 332-8300

TO:  Shelly Elimelekh, Esq.
     Loeb & Loeb LLP
     Attorneys for Defendant
       Encyclopaedia Britannica, Inc.
     345 Park Avenue
     New York, NY 10154
     (212) 407-0400

Declaration of Service

GERVAISE MOURLET hereby declares pursuant to 28 U.S.C. § 1746 that the following is true and correct:

I am over the age of 18.

On August 7th, 2008, I caused a true copy of the foregoing DEMAND FOR JURY TRIAL to be served by U.S. Mail on the following:

Shelly Elimelekh
Loeb & Loeb LLP
345 Park Avenue
New York, New York 10154

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of August 2008.

_____
GERVAISE MOURLET