Shelly Elimelekh (SE-0597)
selimelekh@loeb.com
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154
Tel:  (212) 407-4000

Douglas N. Masters
dmasters@loeb.com
321 North Clark Street, Suite 2300
Chicago, Illinois  60610
Tel:  (312) 464-3100
Fax:  (312) 464-3111

Attorneys for Defendant

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ELSEVIER INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 08 CIV 5482 (GBD) |
| -against- | ) | |
| | ) | **NOTICE OF MOTION** |
| ENCYCLOPAEDIA BRITANNICA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

PLEASE TAKE NOTICE that upon the accompanying Declaration of
William J. Bowe (with exhibit), sworn to August 26, 2008, the attached Rule 56.1
Statement and the accompanying memorandum of law, defendant Encyclopaedia
Britannica, Inc., by its attorneys Loeb & Loeb LLP, will move this Court as soon as
counsel can be heard before Hon. George B. Daniels at the United States Courthouse
located at 500 Pearl Street, New York, New York 10007, for entry of judgment, pursuant
to Rule 56 of the Federal Rules of Civil Procedure, granting summary judgment to
defendant on the complaint in this action in its entirety.

NY736912.1
211625-10005

PLEASE TAKE FURTHER NOTICE that pursuant to Rule 6.1(b) of the

Local Civil Rules of the Southern and Eastern Districts of New York, answering papers

shall be filed, if any, 10 business days after service of these moving papers.

Dated: New York, New York
      August 26, 2008

LOEB & LOEB LLP

By: _____
    Shelly Elimelekh (SE-0597)
    345 Park Avenue
    New York, NY 10154
    Tel:  (212) 407-4000
    Fax:  (212) 407-4990

    Douglas N. Masters
    321 North Clark Street, Suite 2300
    Chicago, Illinois  60610
    Tel:  (312) 464-3100
    Fax:  (312) 464-3111